IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

FILED - GR
March 13, 2019 2:37 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: _mkc__ SCANNED BY: [signature]

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, § § § Plaintiff, § § v. § § W. NEIL "DOC" GALLAGHER, GALLAGHER § FINANCIAL GROUP, INC., and W. NEIL § GALLAGHER, Ph.D. AGENCY, INC. § § Defendants, § | MISC. ACTION NO. ——— 1:19-mc-23 Ray Kent U.S. Magistrate Judge |

## NOTICE OF APPOINTMENT OF RECEIVER

Pursuant to the provisions of 28 U.S.C. § 754, Cortney C. Thomas provides notice of his appointment as Temporary Receiver for the assets of W. Neil "Doc" Gallagher, Gallagher Financial Group, Inc., and W. Neil Gallagher, Ph.D. Agency, Inc. True and correct copies of the *Complaint* filed by the Securities and Exchange Commission; the *Order Appointing Receiver*; and the *Order Granting Motion to Unseal Docket and Proceedings* are attached hereto as **Exhibit A**, **Exhibit B**, and **Exhibit C** respectively.

March 12, 2019

Respectfully submitted,

*/s/ Cortney C. Thomas*
Cortney C. Thomas
  State Bar No. 24075153
  cort@brownfoxlaw.com
Brown Fox PLLC
8111 Preston Road, Suite 300
Dallas, Texas 75225
(214) 327-5000



